IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR271-2 |
| V. | ) | |
| KELLY ROSBERG, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The motion to withdraw as counsel (filing 73) will be heard on Friday, March 22, 2013, at 2:00 p.m., in the Special Proceedings Courtroom, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

(2)   If the court grants the motion to withdraw and allows Mrs. Rosberg to proceed pro se, it is likely that the court will appoint Mr. Nelson to appear as standby counsel.

DATED this 27th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge